IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rhodes, Mary J

Printed: 12/13/07

Case Number: 07 B 15149
Judge: Wedoff, Eugene R
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,522.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,440.28 |
| Trustee Fee: |  | 82.22 |
| Other Funds: |  | 0.00 |
| Totals: | 1,522.50 | 1,522.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 1,440.28 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | City of Chicago Heights | Secured | 89.61 | 0.00 |
| 4. | Rescap Mortgage | Secured | 7,000.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 754.85 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 59.91 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 84.06 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 369.64 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 36.57 | 0.00 |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Illinois Designated Student Loan | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Wellgroup Health Partners | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,394.64 | $ 1,440.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.22 |
|  | $ 82.22 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rhodes, Mary J

Printed: 12/13/07

Case Number:  07 B 15149
Judge:  Wedoff, Eugene R
Filed:  8/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

